UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RHONDA POWELL,

    Plaintiff,

v.                                            Case No. 17-cv-695-pp

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

    Defendant.

**ORDER APPROVING STIPULATION FOR REMAND (DKT. NO. 22), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42. U.S.C. §405(g)**

On January 25, 2018, the parties filed a stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 22. The court **APPROVES** the stipulation for remand, and **ORDERS** that:

The case is **REMANDED** to the Commissioner of Social Security. On judicial remand and upon receipt of the court's order, the Appeals Council will vacate all findings in the administrative law judge's decision and remand the matter to the administrative law judge for further proceedings. The acting commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether the plaintiff was disabled from June 15, 2012 through January 20, 2014 within the meaning of the Social Security Act, and then issue a new decision.

Dated in Milwaukee, Wisconsin this 30th day of January, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**